IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

GEOFFREY HAROLD HARVEY,

          Petitioner,

v.                                            CIVIL ACTION NO.  2:16-cv-05665
                                                   (Criminal No. X:07-cr-00033)

UNITED STATES OF AMERICA,

          Respondent.

ORDER

      This action was referred to United States Magistrate Judge Omar Aboulhosn for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. The Proposed Findings & Recommendations [ECF No. 114] ("PF&R") and recommended that the court **REINSTATE** the above case to the active docket, **DENY** Movant's "Emergency Motion to Correct Sentence Under 28 U.S.C. § 2255" and Supplemental Emergency Motion [ECF Nos. 99, 104], and **REMOVE** this matter from the Court's docket. Neither party timely filed objections to the PF&R nor sought an extension of time.

      A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **REINSTATES** the above case to the active docket, **DENIES** Movant's "Emergency Motion to Correct Sentence Under 28 U.S.C. § 2255" and Supplemental Emergency Motion [ECF Nos. 99, 104], and **REMOVES** this matter from the Court's docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 3, 2021

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE